TAGUE HOLDING CORPORATION, Respondent, *v.* SIDNEY HARRIS, Appellant.

(Submitted February 11, 1929; decided February 13, 1929.)

*David Bernstein* for motion.

*Charles L. Sylvester*, opposed.

Motion denied, with ten dollars costs.